# In the United States Court of Federal Claims

No. 20-932 L

Filed: April 23, 2025

```
*************************************
KOTIS ASSOCIATES, LLC, et al.,      *
           Plaintiffs,              *           RULE 54(b)
                                    *           JUDGMENT
      v.                            *
                                    *
THE UNITED STATES,                  *
           Defendant.               *
*************************************
```

Pursuant to the court's Opinion and Order, filed April 22, 2025, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs are awarded compensation in the amount of **$42,641,740.00** with interest calculated using Moody's Aaa Corporate Bond rate, compounded annually, as follows:

| Parcel | Before Value | After Value | Cost of privacy wall | Just Compensation |
|---|---|---|---|---|
| **Kotis Holdings, LLC** | | | | |
| 2414 Battleground Avenue | $8,779,171.00 | $7,292,091.00 | - | $1,487,080.00 |
| 1430 Westover Terrace | $2,118,692.00 | $507,134.00 | - | $1,611,558.00 |
| 601–623 Spring Street | $1,623,777.00 | $0.00 | - | $1,623,777.00 |
| **Westover Terrace II, LLC** | | | | |
| 1424 Westover Terrace | $4,098,642.00 | $530,339.00 | - | $3,568,303.00 |
| 1420 Westover Terrace | $4,002,111.00 | $450,295.00 | - | $3,551,816.00 |
| 1410 Westover Terrace | $6,829,527.00 | $742,692.00 | - | $6,086,835.00 |
| 1310 Westover Terrace | $9,879,502.00 | $3,146,489.00 | - | $6,733,013.00 |
| 1500 Mill Street | $4,753,314.00 | $768,315.00 | - | $3,984,999.00 |
| 1305 Battleground Avenue | $12,741,309.00 | $3,874,590.00 | - | $8,866,719.00 |
| 1211 Battleground Avenue | $3,219,162.00 | $2,327,321.00 | - | $891,841.00 |

| 1209 Battleground Avenue | $3,760,250.00 | $2,782,326.00 | - | $977,924.00 |
| --- | --- | --- | --- | --- |
| 1201 Battleground Avenue | $3,303,326.00 | $1,116,099.00 | - | $2,187,227.00 |
| **Kotis Associates, LLC** | | | | |
| 1715 Battleground Avenue | $1,070,648.00 | $0.00 | - | $1,070,648.00 |
| **Total** | **$66,179,431.00** | **$23,537,691.00** | **-** | **$42,641,740.00** |

Lisa L. Reyes,<br>
Clerk of Court<br><br>
By: <u>s/ Ashley Reams</u><br>
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.