# United States Court of Federal Claims
## HOWARD T. MARKEY NATIONAL COURTS BUILDING
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

OFFICE OF THE
CLERK OF COURT

May 20, 2025

Lindsay S.C. Brinton
Lewis Rice LLC
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

> *In re:* *Kotis Associates, LLC, et al. v. The United States;*
> *Case No. 20-932 L*

Dear Ms. Brinton:

I enclose herewith the 28 U.S.C. § 2517 certified transcript of judgment, dated May 20, 2025, in the above-entitled cases.

As to the procedure for obtaining payment of this judgment, please see the enclosed instruction sheet.

Sincerely,

Lisa L. Reyes
Clerk of Court

Enclosures

cc: *via CM/ECF only*
Krystal-Rose Perez, Esquire