IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KOTIS ASSOCIATES, LLC, *et al.*, | ) </br> ) </br> ) |
| *Plaintiffs*, | ) Case No. 20-932 </br> ) |
| v. | ) Senior Judge Loren A. Smith </br> ) |
| UNITED STATES OF AMERICA, | ) </br> ) |
| *Defendant*. | ) |

## NOTICE OF APPEAL

Defendant, the United States of America, appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered in the above-captioned case on April 23, 2025, ECF No. 208.

Respectfully submitted this 20th day of June 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Krystal-Rose Perez*
        KRYSTAL-ROSE PEREZ
        PETER BROCKER
        ANTHONY P. HOANG
        Natural Resources Section
        PO Box 7611
        Washington, DC  20044-7611
        Phone: (202) 305-0486
        krystal-rose.perez@usdoj.gov

        ***Attorneys for Defendant United States***