# In the United States Court of Federal Claims

No. 20-932 L
**Filed: December 23, 2025**

```
************************************
KOTIS ASSOCIATES, LLC, et al.,        *
            Plaintiffs,               *            JUDGMENT
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
            Defendant.                *
************************************
```

Pursuant to the court's Opinion and Order, filed December 16, 2025, granting-in-part and denying-in-part plaintiffs' motion for attorneys' fees and costs pursuant to the Uniformed Relocation Assistance and Real Property Acquisition Policies Act (URA),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs are awarded $1,783.886.00 in attorney's fees and $597,228.81 in reasonable litigation expenses in the total amount of $2,381.114.81.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.