IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| KOTIS ASSOCIATES, LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 20-932 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Senior Judge Loren A. Smith |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

### NOTICE OF APPEAL

Defendant, the United States of America, appeals to the United States Court of Appeals for the Federal Circuit from the order entered in the above-captioned case on December 16, 2025, Dkt. No. 230.

Respectfully submitted this 13th day of February 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 *s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
PETER D. BROCKER
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7214
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorneys for the United States*